# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **HARRY O. TURLOFF** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Civil Action No.  5:17-CV-00572-HJB** |
| | § | |
| **RESTORE MASTER** | § | |
| **CONTRACTING, LLC** | § | |
| | § | |
| **Defendant** | § | |

---

## NOTICE OF SETTLEMENT

---

TO THE HONORABLE JUDGE OF DISTRICT COURT:

NOW COMES HARRY O. TURLOFF ("Turloff"), Plaintiff and RESTORE MASTERS CONTRACTING, LLC ("Restore Masters"), Defendant and files this Notice of Settlement.

On January 30, 2018, the parties mediated the issues between them and agreed to a confidential settlement of the case.  Turloff and Restore Masters no longer wish to pursue any of the causes of action asserted because all matters of controversy between them have been compromised and settled.

WHEREFORE, PREMISES CONSIDERED, Turloff and Restore Masters pray that the Court enter an Order dismissing this matter with prejudice.

AMANDA L. JAMES LAW, PLLC

By: */s/ Amanda L. James*
Amanda L. James

State Bar No. 24078102
amanda@amandaljameslaw.com

1150 N. Loop 1604 W, Ste. 108-263
San Antonio, Texas 78248

(210) 598-8286 (Telephone)
(210) 855-6330 (Facsimile)

**ATTORNEY FOR HARRY TURLOFF**


**VETHAN LAW FIRM P.C.**

By:  /s/ *Diren Singhe*
    Diren Singhe

State Bar No. 24044135
dsinghe@vethanlawfirm.com

5307 East Mockingbird Lane
Dallas, Texas 75206

(972) 488-2222 (Telephone)
(713) 526-2230 (Facsimile)

**ATTORNEY FOR RESTORE MASTERS
CONTRACTING, LLC**