UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HARRY O. TURLOFF, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-17-CA-572-HJB |
| RESTORE MASTER CONTRACTING, LLC, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Notice of Settlement (Docket Entry 23). The Court has considered the parties' notice and finds that it hereby **ORDERED** that all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

**SIGNED** on March 2, 2018.

_____
Henry J. Bemporad
United States Magistrate Judge